# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00068-CV

### In the Matter of H. S.

### FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
### NO. JV01252, HONORABLE JOHN YOUNGBLOOD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant H. S. was adjudicated delinquent and placed on probation. About two years later, the trial court signed an order modifying H. S.'s disposition, sending him to the Texas Youth Commission for an indeterminate amount of time. H. S. filed a timely notice of appeal but has now filed a motion stating that he wishes to withdraw his notice of appeal and asking us to dismiss the appeal. *See* Tex. R. App. P. 42.1, 42.2. We grant the motion and dismiss the appeal.

_____

David Puryear, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed on Appellant's Motion

Filed:   June 8, 2012